In the Matter of the Claim of EVELYN M. BECKON, Respondent, against TIDE WATER SALES CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board. Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ., concur.

In the Matter of the Claim of JOSEPH MEYERS, Respondent, against WEATHERBEST STAINED SHINGLE Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

ALBERT E. RUSSELL, Respondent, v. NEW YORK LIFE INSURANCE COMPANY, Appellant.— Decision and order [237 App. Div. 862] amended by including among the findings of fact reversed Nos. 23 and 35; also all findings of fact contained in the conclusions of law; and by making the following additional findings of fact: That the termination of the original agency contract between the plaintiff and the defendant terminated the plaintiff's Nylic membership and all of his Nylic rights, and that thereafter plaintiff became entitled to no further Nylic payments. That under the Nylic portions of the contract plaintiff was entitled only to commissions on premiums received by defendant from policies written through his personal efforts. The employment of Holliday and Chapman to solicit insurance business in the absence of plaintiff was concealed from defendant. Plaintiff violated the contract by claiming and receiving from defendant Nylic commissions on premiums from policies written by these two men. Present — Hill, P. J., Rhodes, Bliss and Heffernan, JJ.

In the Matter of the Application of ANNA WEINSTEIN for a Mandamus Order against EDWARD J. FLYNN, Secretary of State of the State of New York, Commanding and Directing the Said Secretary of State to File a Certificate of Incorporation Entitled PINE DRUG Co., INC.— Motion denied, with ten dollars costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

CARRIE E. TREAT, Respondent, v. CHARLES E. McCREIGHT, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of Proceedings Supplementary to Execution under a Judgment